UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FRESENIUS GRANUFLO/NATURALYTE
DIALYSATE PRODUCTS LIABILITY
LITIGATION                                                        MDL No. 2428

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On March 29, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Douglas P Woodlock.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of March 29, 2013, and, with the consent of that court, assigned to the Honorable Douglas P Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 17, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FRESENIUS GRANUFLO/NATURALYTE
DIALYSATE PRODUCTS LIABILITY
LITIGATION											MDL No. 2428

## SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 13-01403 | Morgan et al v. Fresenius Medical Care Holdings, Inc. et al |
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 13-00041 | Pugsley v. Fresenius Medical Care Holdings, Inc. et al |
| MSN | 4 | 13-00038 | Love v. Fresenius Medical Care Holding, Inc. et al |
| MSN | 4 | 13-00039 | Webb v. Fresenius Medical Care Holding, Inc. et al |

I hereby certify on 4/17/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 4/17/13
☐ original filed in my office on _____

Robert M. Farrell
Acting Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk